# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTHONY FRANCHI, Individually and On Behalf of All Others Similarly Situated,  ) ) ) | |
| Plaintiff,  ) ) | Case No. 1:18-cv-01568-CFC |
| v.  ) ) | CLASS ACTION |
| K2M GROUP HOLDINGS, INC., ERIC MAJOR, JOHN P. KOSTUIK, DANIEL PELAK, PAUL QUEALLY, RAYMOND RANELLI, SEAN TRAYNOR, BRETT BRODNAX, and CARLOS A. FERRER,  ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants.  ) ) ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Anthony Franchi ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to Plaintiff only and without prejudice as to all others similarly situated. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified. Plaintiff's dismissal of the Action is therefore effective upon the filing of this notice.

Dated:  October 23, 2018

**OF COUNSEL:**

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800
Facsimile: (484) 631-1305
Email: rm@maniskas.com

**RIGRODSKY & LONG, P.A.**

By:  */s/ Brian D. Long*
Brian D. Long (#4347)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: bdl@rl-legal.com
Email: gms@rl-legal.com

*Attorneys for Plaintiff*